# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1446

_____

Alhaji Cham,                           *
                                       *
            Petitioner,                *
                                       *
                                       *   Petition for Review of
      v.                               *   an Order of the Board
                                       *   of Immigration Appeals.
Eric H. Holder, Jr., Attorney General  *
of the United States,                  *   [UNPUBLISHED]
                                       *
            Respondent.                *

_____

Submitted: March 5, 2010
    Filed:  March 10, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

      Alhaji Cham, a citizen of Gambia, petitions for review of an order of the Board of Immigration Appeals (BIA), which affirmed an immigration judge's denial of asylum, withholding of removal, and relief under the Convention Against Torture (CAT). We conclude substantial evidence supports the BIA's determination that Cham did not meet his burden of proof for asylum. See Khrystotodorov v. Mukasey, 551 F.3d 775, 781 (8th Cir. 2008) (standard of review); Ming Ming Wijono v. Gonzales, 439 F.3d 868, 872 (8th Cir. 2006) (there must be some nexus between persecution and protected ground). Further, because Cham failed to meet the burden of proof on his asylum claim, his claim for withholding of removal necessarily fails

as well, <u>see</u> <u>Gitimu v. Holder</u>, 581 F.3d 769, 774 (8th Cir. 2009), and we see no basis in the record for CAT relief, <u>see</u> <u>Miah v. Mukasey</u>, 519 F.3d 784, 786-88 (8th Cir. 2008).

Accordingly, we deny the petition for review.

_____